# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KENNETH MILLIGAN**                                                                                   **PLAINTIFF**

v.                                       Case No. 2:23-CV-00179-JM

**TRAVELERS PERSONAL
INSURANCE COMPANY**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 28th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE